**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JABBAR MUHAMMAD ALI WILLIAMS,

    Plaintiff,

v.

JUDGE MICHAEL KARPF, et al.,

    Defendants.

CIVIL ACTION NO.:4:19-cv-137
4:19-cv-145
4:19-cv-147

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's December 18, 2019, Report and Recommendation, (doc. 9), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 9), as the opinion of the Court in all the above-captioned cases and **DISMISSES** Plaintiff's Complaints **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to **CLOSE** these cases.

**SO ORDERED**, this 13th day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA