# United States District Court
## *Southern District of Georgia*

JABBAR MUHAMMAD ALI WILLIAMS,

Plaintiff,

### JUDGMENT IN A CIVIL CASE

**v.**

JUDGE MICHAEL KARPF, et al.,

Defendants.

CASE NUMBER: 4:19-cv-137, 4:19-cv-145
4:19-cv-147

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated March 13, 2020, adopting the U.S. Magistrate

Judge's Report and Recommendation as the opinion of the Court, judgment is hereby entered

dismissing Plaintiff's complaints in the above-captioned actions without prejudice. These cases stand

closed.

Approved by: _____

| | |
|---|---|
| March 18, 2020 | Scott L. Poff |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |